In the Matter of JOSEPH QUITTNER, as Chairman, v. ABRAHAM HIRSCHFELD.— Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of JOHN BATTISTA v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

JAMES P. SULLIVAN v. GEORGE A. FULLER COMPANY et al. (Two Actions.) — Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE WARE.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of the Arbitration between SIDNEY G. SPERO and STANLEY COHEN.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE PALMIERI.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

MOTOR DISCOUNT CORPORATION v. SCAPPY & PECK AUTO BODY, INC.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

STANLEY ROSSWIG v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of THOMAS THACHER, as Superintendent of Insurance of the State of New York, v. UNITED CONSTRUCTION WORKERS, UNITED MINE WORKERS OF AMERICA — S. H. POMEROY COMPANY WELFARE FUND.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.